JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCHOLLE IPN CORPORATION, a Nevada corporation; SCHOLLE IPN ATLANTA CORPORATION, a Georgia corporation,<br><br>Defendants. | Case No. 2:17-cv-06301-SVW-SK<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

IT IS HEREBY ORDERED, pursuant to the parties' Stipulation for Dismissal of Action without Prejudice and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this this action shall be, and hereby is, dismissed without prejudice in its entirety as to all claims and parties. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 20, 2018

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE